1  Richard C. Johnson (SBN 40881)
   Shaamini A. Babu (SBN 230704)
2  Anjuli M. Cargain (SBN 270546)
   Saltzman & Johnson Law Corporation
3  44 Montgomery Street, Suite 2110
   San Francisco, CA 94104
4  Telephone: (415) 882-7900
5  Facsimile: (415) 882-9287
   djohnson@sjlawcorp.com
6  sbabu@sjlawcorp.com
   acargain@sjlawcorp.com
7  Attorneys for Plaintiffs

8  Charley M. Stoll (SBN 046946)            Roger M. Mason, Esq. (SBN 107486)
   Charley M. Stoll, A Professional Corp.   Sweeney, Mason, Wilson & Bosomworth
9  711 East Daily Drive, Suite 115          983 University Avenue, Suite 104C
10 Camarillo, California 93010              Los Gatos, CA 95032-7637
   Telephone: (805) 389-5296                Telephone: (408) 356-3000
11 Facsimile: (805) 389-5288                Facsimile: (408) 354-8839
   Email: vwilliams@cmsapc.com              Email: rmason@smwb.com
12 Attorney for Defendants VLG2, LLC and    Attorneys for Defendant Gilroy Construction,
   Crow Court LLC                           Inc.
13

14 Amy Jensen (SBN 226589)
   Hinshaw & Culbertson LLP
15 11601 Wilshire Boulevard, Suite 800
   Los Angeles, CA 90025
16 Telephone: (310) 909-8000
   Facsimile: (310) 909-8001
17 Email: ajensen@hinshawlaw.com
18 Attorneys for Defendants Vincent Giacalone
   and Lisa Martha Giacalone

19                    UNITED STATES DISTRICT COURT
20              FOR THE NORTHERN DISTRICT OF CALIFORNIA
21

| | |
|---|---|
| 22  F.G. CROSTHWAITE and RUSSELL E. BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al., | Case No.: CV 13-02338-SI |
| | **STIPULATION AND [~~PROPOSED~~ ORDER] TO CONTINUE MEDIATION DEADLINE** |
| 24         Plaintiffs, | |
| 25  vs. | |
| 26  GIACALONE ELECTRICAL SERVICES, INC., et al., | |
| 28         Defendants. | |

Plaintiffs Pension Plan for Pension Trust for Operating Engineer ("Fund" or "Plaintiffs") and Defendants Gilroy Construction, Inc., VLG2, LLC, Crow Court, LLC, Vincent Giacalone and Lisa Martha Giacalone (collectively "Defendants") through their respective counsel hereby stipulate to the following:

1. The Stipulation & Order Selecting ADR Process was entered on August 26, 2013, specifying that mediation in this action must be completed within 90-days of the date of the order i.e. November 24, 2013. (Docket No. 28).

2. This Court appointed James H. Fleming as a mediator on October 9, 2013 (Docket No. 36). Counsel for Plaintiffs and Defendants participated in a call with Mr. Fleming on October 29, 2013.

3. The parties determined that they will not have sufficient opportunity to schedule, prepare for, and participate in mediation prior to November 24, 2013. Specifically, Plaintiffs require additional relevant documents and have subpoenaed third parties in order to have sufficient information to hold a productive mediation. As such, the parties have agreed to participate in mediation on Wednesday December 11, 2013. Mr. Fleming has confirmed that he is available for mediation on that date.

4. Based on the foregoing, the parties hereby stipulate to continue the mediation deadline. At this time, said extension will not result in a modification of the Case Management Conference scheduled for January 17, 2014 (Docket No. 52).

Date: November 7, 2013              SALTZMAN & JOHNSON LAW CORPORATION

                                    By:          //S//
                                        Shaamini A. Babu
                                        Attorneys for Plaintiffs

Dated: November 7, 2013             SWEENEY, MASON, WILSON & BOSOMWORTH

                                    By:          //S//
                                        Roger M. Mason
                                        Attorneys for Defendant Gilroy Construction, Inc.

1  Dated: November 7, 2013                CHARLEY M. STOLL, A PROFESSIONAL
2                                          CORPORATION

3                                          By: _____//S//_____
4                                               Charley Stoll, Esq.
                                                Attorneys for Defendants VLG2 LLC and Crow
5                                               Court LLC

6

7  Dated: November 7, 2013                HINSHAW & CULBERSTON LLP

8

9                                          By: _____//S//_____
                                                Amy Jensen
10                                              Attorneys for Defendants Vincent Giacalone and
                                                Lisa Martha Giacalone
11

12

13                                  **ORDER**

14  IT IS SO ORDERED.

15       Based on the foregoing, and good cause appearing, the currently set mediation deadline is

16  hereby extended to allow the parties to engage in mediation on December 11, 2013.

17  Date: _____11/7/13_____      _____/s/ Susan Illston_____
18                                          THE HONORABLE SUSAN ILLSTON
                                            UNITED STATES DISTRICT COURT JUDGE
19

20

21

22

23

24

25

26

27

28