1 | Michele R. Stafford, Esq. (SBN 172509)
Shaamini A. Babu. Esq. (SBN 230704)
2 | SALTZMAN & JOHNSON LAW CORPORATION
3 | 44 Montgomery Street, Suite 2110
San Francisco, CA 94104
4 | (415) 882-7900 phone
(415) 882-9287 fax
5 | mstafford@sjlawcorp.com
sbabu@sjlawcorp.com
6 | Attorneys for Plaintiffs

7 | Roger M. Mason, Esq.                              Amy Jensen (SBN 226589)
SWEENEY, MASON, WILSON &                           Hinshaw & Culbertson LLP
8 | BOSOMWORTH                                        One California Street, 18th Floor
983 University Avenue, Suite 104C                  San Francisco, CA 94111
9 | Los Gatos, CA 95032-7637                          415-362-6000 phone
408-356-3000 phone                                 415-834-9070 fax
10 | 408-354-8839 fax                                  ajensen@hinshawlaw.com
Email: RMason@smwb.com                             Attorneys for Defendants Vincent Giacalone
11 | Attorneys for Defendant Gilroy Construction, Inc.  and Lisa Giacalone

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.G. CROSTHWAITE, et al., | Case No.: C12-6178 SI |
| Plaintiffs, | **STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| GIACALONE ELECTRICAL SERVICES, INC., et al., | CMC: 1/17/14<br>Time: 3:00 pm<br>Ctrm: 10 (19th Floor)<br>Location: 450 Golden Gate Avenue<br>San Francisco, CA |
| Defendants. | Judge   Honorable Susan Illston |

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al., | Case No.: CV 13-02338-SI |
| Plaintiffs, | **STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| GIACALONE ELECTRICAL SERVICES, INC., et al., | CMC: 1/17/14<br>Time: 3:00 pm<br>Ctrm: 10 (19th Floor)<br>Location: 450 Golden Gate Avenue<br>San Francisco, CA |
| Defendants. | Judge   Honorable Susan Illston |

In accordance with Rule 16 and 26(f) of the Federal Rules of Civil Procedure, Northern District Local Rule 16-9, Standing Order for All Judges of the Northern District of California, and Honorable Susan Illston's Case Management Order, the parties hereto submit this Stipulated Request to Continue the Case Management Conference.

**Related Actions**

1. On June 18, 2013, the Court related *Crosthwaite* v. *Giacalone Electrical Services, Inc., et al.*, Case No. CV12-6178 SI ("Contributions Action") to *Pension Plan for Pension Trust Fund for Operating Engineers*, *et al.,* v. *Giacalone Electrical Services, Inc., et al.*, Case No. CV13-2338 ("Withdrawal Liability Action"). Docket No. 38.

2. In the Contributions Action, Plaintiffs seek delinquent contributions and other related sums in excess of $850,000 found due to the Operating Engineers Trust Funds ("Trust Funds") upon audit of the records of Defendant Giacalone Electrical Services, Inc. ("Giacalone Electrical") for the time period January 1, 2005, through July 24, 2009.

3. In the Withdrawal Liability Action, Plaintiffs seek withdrawal liability of $2,231,762 and other related sums as a result of Defendant Giacalone Electrical's withdrawal from the Pension Plan for Pension Trust Fund for Operating Engineers ("Plan").

**Defendants**

4. Defendant Giacalone Electrical was named in the Contributions Action and the Withdrawal Liability Action, and the Court entered default against said defendant in both actions. Docket. Nos. 33 and 22, respectively.

5. Defendants Giacalone McDermott Management, LLC, Luchessa Road, LLC, Ronan Avenue Investors, LLC were named only in the Withdrawal Liability Action, and the Court entered default against said defendants. Docket Nos. 22, and 30.

6. Defendant Giacalone Design Services, Inc. was only named in the Contributions Action and has been dismissed. Docket No. 54.

7. Defendants VLG2, LLC, and Crow Court LLC, were only named in the Withdrawal Liability Action and have been dismissed. Docket No. 39.

8. A mediation was held on December 11, 2013, with court appointed mediator James Fleming.  Plaintiffs and Defendants Gilroy Construction, Inc., Vincent Giacalone and Lisa Giacalone participated in the mediation.

9. As a result of the mediation Plaintiffs and Defendant Gilroy agreed to a settlement. Docket No. 56.  The execution of the settlement agreement is pending and upon full and timely satisfaction of the terms of the settlement agreement Defendant Gilroy will be dismissed from the Contributions Action and the Withdrawal Liability Action.

10. Defendants Vincent Giacalone and Lisa Giacalone were only named it the Withdrawal Liability Action.  Plaintiffs and Defendants Vincent Giacalone and Lisa Giacalone will continue settlement negotiations.  Docket No. 56.  Plaintiffs anticipate subpoenaing further documents from their accountant and/or taking his deposition in order to facilitate settlement discussions.

11. There are no other Defendants named in either action.

12. After further settlement negotiations and upon completion of any further necessary written discovery and depositions, Plaintiffs and the remaining Defendants will decide if any motion work is required.

13. Based on the foregoing, the parties who have appeared in this action and not been defaulted or dismissed hereby request to continue the Case Management Conference to Friday March 21, 2014, at 3:00 p.m.

Dated: January 7, 2014                    SALTZMAN & JOHNSON LAW CORPORATION

                                          By: _____/s/_____
                                                Shaamini A. Babu, Esq.
                                                Attorney for Plaintiffs

1  Dated: January 7, 2014					SWEENEY, MASON, WILSON & BOSOMWORTH

						By: _____/s/_____
						    Roger M. Mason
						    Attorneys for Defendant Gilroy Construction, Inc.

Dated: January 17, 2017				HINSHAW CULBERSTON LLP

						By: _____/s/_____
						    Amy Jensen, Esq.
						    Attorneys for Defendants for Vincent Giacalone
						    and Lisa Giacalone

**ORDER**

IT IS SO ORDERED.

    Based on the foregoing and good cause appearing, the Case Management Conference is continued to Friday March 2̶1̶ 28, 2014, at 3:00 p.m.   The parties who have appeared in this action and not been defaulted or dismissed must file a Case Management Conference Statement by Friday March 1̶4̶ 21, 2014.

Date: ____1/13/14_____		_____
						THE HONORABLE SUSAN ILLSTON
						UNITED STATES DISTRICT COURT JUDGE