AMY JENSEN (SBN 226589)
**HINSHAW & CULBERTSON LLP**
One California Street, 18th Floor
San Francisco, CA 94111
415-362-6000 phone
415-834-9070 fax
ajensen@hinshawlaw.com
Attorneys for Defendants Vincent Giacalone
and Lisa Giacalone

ROGER M. MASON, ESQ. (SBN 107486)
**SWEENEY, MASON, WILSON & BOSOMWORTH**
A Professional Law Corporation
983 University Avenue, Suite 104C
Los Gatos, CA  95032
Telephone:  (408) 356-3000
Facsimile:   (408) 354-8839
rmason@smwb.com

Attorneys for Defendant
GILROY CONSTRUCTION, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS; RICHARD PIOMBO and RUSSELL E. BURNS, as Trustees,<br><br>Plaintiffs,<br><br>v.<br><br>GIACALONE ELECTRICAL SERVICES, INC., a California corporation; GILROY CONSTRUCTION INC., a California corporation; GIACALONE-McDERMOTT MGT, LLC, a California limited liability company; VLG2 LLC, a limited liability company; LUCHESSA ROAD, LLC, a California limited liability company; RONAN AVENUE INVESTORS, LLC, a California limited liability company; CROW COURT, LLC, a California limited liability company; VINCENT ROBERT GIACALONE, as an individual; LISA MARTHA GIACALONE, as an individual, and DOES 1-20,<br><br>Defendants. | Case No. 13 CV 2338 SI<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL AND SUBSTITUTION OF COUNSEL; (~~PROPOSED~~) ORDER THEREON** |

| | |
|---|---|
| 1 | TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD: |
| 2 | PLEASE TAKE NOTICE that Amy Jensen, Esq. and Hinshaw & Culbertson LLP hereby |
| 3 | requests the Court's permission to withdraw as counsel for Defendants VINCENT |
| 4 | GIACALONE and LISA GIACALONE. This request is based on Defendants having acquired |
| 5 | alternative counsel. |
| 6 | Respectfully submitted, |
| 7 | Dated: March 11, 2014                    **HINSHAW & CULBERTSON** |
| 8 | |
| 9 | By: _____ |
| 10 |                                                                  Amy Jensen, Esq.<br>Attorney for Defendants |
| 11 | TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD: |
| 12 | PLEASE TAKE NOTICE that Roger M. Mason, Esq. and Sweeney, Mason, Wilson & |
| 13 | Bosomworth hereby requests the Court's permission to substitute in as counsel for Defendants |
| 14 | VINCENT GIACALONE and LISA GIACALONE. Roger M. Mason further requests that his |
| 15 | name be added to the Court's service list as counsel for Defendants VINCENT GIACALONE |
| 16 | and LISA GIACALONE and that attorney Amy Jensen and Hinshaw & Culbertson LLP's name |
| 17 | be removed from the Court's service list. |
| 18 | Respectfully submitted, |
| 19 | Dated: March 12, 2014                    **SWEENEY, MASON, WILSON &**<br>**BOSOMWORTH** |
| 20 | |
| 21 | |
| 22 | By: _____<br>ROGER M. MASON, ESQ.<br>Attorney for Defendant |
| 23 | |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

1  IT IS SO ORDERED.

2  Based on the foregoing and good cause appearing, Amy Jensen, Esq. and Hinshaw & Culbertson LLP's request to withdraw as counsel for Defendants VINCENT GIACALONE and LISA GIACALONE is GRANTED.  Roger M. Mason, Esq. and Sweeney, Mason, Wilson & Bosomworth's request to substitute in as counsel for Defendants VINCENT GIACALONE and LISA GIACALONE is GRANTED.  Attorney Amy Jensen and Hinshaw & Culbertson LLP's contact information will be removed from the Court's service list and replaced with Roger M. Mason and Sweeney, Mason, Wilson & Bosomworth.

Dated: 3/13/14

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE