IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS,

       Plaintiff,

 v.

GIACALONE ELECTRICAL SERVICES INC,

       Defendant.
_____/

No. C 13-02338 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: n/a at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is January 30, 2015.

DESIGNATION OF EXPERTS: n/a; REBUTTAL: n/a.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is n/a.

DISPOSITIVE MOTIONS **SHALL** be filed by February 13, 2015;

   Opp. Due February 27, 2015;  Reply Due March 6, 2015;

   and set for hearing no later than March 20, 2015 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 28, 2015  at 3:30 PM.

JURY TRIAL DATE: May 11, 2015 at 8:30 AM.,
  Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/30/14

                            SUSAN ILLSTON
                            United States District Judge