Michele R. Stafford, Esq. (SBN 172509)
Shaamini A. Babu. Esq. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900 phone
(415) 882-9287 fax
mstafford@sjlawcorp.com
sbabu@sjlawcorp.com
Attorneys for Plaintiffs

Roger M. Mason, Esq.
SWEENEY, MASON, WILSON & BOSOMWORTH
983 University Avenue, Suite 104C
Los Gatos, CA 95032-7637
408-356-3000 phone
408-354-8839 fax
Email: RMason@smwb.com
Attorneys for Defendants Vincent Giacalone and Lisa Giacalone

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>GIACALONE ELECTRICAL SERVICES, INC., et al.,<br><br>Defendants. | Case No.: CV 13-02338-SI<br><br>**STIPULATED REQUEST TO CONTINUE PRE-TRIAL DEADLINES AND TRIAL DATE; AND [~~PROPOSED~~] ORDER**<br><br>Pretrial Conf.: April 28, 2015 at 3:30 p.m.<br>Trial:         May 11, 2015 at 8:30 a.m. |

The parties through their counsel of record hereby stipulate as follows with respect to the pre-trial deadlines and trial date in this action.

1.     Plaintiffs filed this action on May 22, 2013, to recover withdrawal liability owed by Defendants and all other controlled group members under the Employee Retirement Income Security Act of 1974 ("ERISA"). This Court entered a Pretrial Preparation Order on October 1, 2014. Docket No. 64.

1    2.      Plaintiffs served Special Interrogatories and Request for Production of Documents, Set Two, on Defendants Vincent Giacalone and Lisa Giacalone on December 5, 2014.  Defendants served responses to Special Interrogatories and Request for Production of Documents, Set Two, on Plaintiffs on January 16, 2015.  Defendants will supplement their responses to said Set Two discovery and produce additional documents by February 13, 2015.

3.      This case was referred to Magistrate Judge Donna M. Ryu for settlement purposes. Docket No. 76.

4.      The Settlement Conference with Judge Donna M. Ryu has been scheduled for April 3, 2015. Docket No. 79.

5.      In order to have sufficient opportunity to possibly settle this matter and due to the unavailability of Plaintiffs' counsel from July through October 2015, the parties hereby stipulate to modify the Pretrial Preparation Order (Dkt. 64) as follows:

|  | **Original Deadline** | **New Deadline** |
|---|---|---|
| Non-Expert Discovery Cutoff (including hearing on discovery motions, if any) | 1/30/15 | 3/27/15 |
| Designation of Experts and Expert Discovery Cutoff | n/a | n/a |
| Settlement Conference | n/a | 4/3/15 |
| Dispositive Motion | 2/13/15 | 5/1/15 |
| Opposition to Dispositive Motion | 2/27/15 | 5/14/15 |
| Reply to Dispositive Motion | 3/6/15 | 5/22/15 |
| Hearing on Dispositive Motion | No later than 3/20/15 at 9:00 am | No later than 6/5/15 at ~~12/1/15~~ 9:00 am |
| Pretrial Conference | 4/28/15 at 3:30 p.m. | ~~12/4/15~~ 12/1/15 at 3:30 pm |
| Trial (estimated to be 1-2 days) | 5/11/15 at 8:30 a.m. Courtroom 10, 19th Floor | ~~12/18/15~~ 12/14/15 at 8:30 am |

Dated: February 2, 2015                SALTZMAN & JOHNSON LAW CORPORATION

                                       By:      //S//
                                            Shaamini A. Babu, Esq.
                                            Attorney for Plaintiffs

Dated: February 2, 2015                    SWEENEY, MASON, WILSON & BOSOMWORTH

                                           By: _____//S//_____
                                                Roger M. Mason
                                                Attorney for Defendants Vincent Giacalone and
                                                Lisa Giacalone

## ORDER

Based on the foregoing, and good cause appearing, the Pretrial Preparation Order entered on October 1, 2014 (Dkt. 64), is hereby modified as stipulated above. `as amended.`

IT IS SO ORDERED.

Date: __2/3/15_____      _____
                              SUSAN ILLSTON
                              United States District Court Judge