UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GIACALONE ELECTRICAL SERVICES, INC, et al., <br><br> Defendants. | Case No. 13-cv-02338-SI <br><br> **ORDER RE: ORAL ARGUMENT ON CROSS MOTIONS FOR SUMMARY JUDGMENT** |

On June 26, 2015, the Court will hear oral argument on the parties' cross motions for summary judgment. The Court hereby **ORDERS** the parties to come prepared to discuss: (1) whether Cal. Corp. Code § 2011 applies to GES as a dissolved *de facto* corporation under the reasoning articulated in *CB Richard Ellis, Inc. v. Terra Nostra Consultants*, 230 Cal. App. 4th 405 (2014); and (2) assuming section 2011 does apply, whether the distributions Vincent Giacalone allegedly received are subject to section 2011 liability.

**IT IS SO ORDERED.**

Dated: June 23, 2015

_____
SUSAN ILLSTON
United States District Judge