UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GIACALONE ELECTRICAL SERVICES, INC., et al.,<br><br>Defendants. | Case No. 13-cv-02338-SI<br><br>**ORDER REFERRING CASE FOR ASSIGNMENT TO SETTLEMENT CONFERENCE** |

On June 29, 2015, the Court granted in part and denied in part the parties' motions for summary judgment. Docket No. 112. Trial is currently set to begin on December 14, 2015. The Court hereby **REFERS** this case to a magistrate judge to conduct a settlement conference. The parties are ordered to file a joint response **no later than July 23, 2015**, indicating any preference as to which magistrate judge they would prefer to be referred to.

**IT IS SO ORDERED.**

Dated: July 16, 2015

_____
SUSAN ILLSTON
United States District Judge